

# THE ATTORNEY GENERAL
## OF TEXAS

OPINION # O-6023 _____ WAS NEVER ISSUED OR

WAS WITHDRAWN.